Page 1

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Mejia, Valentin

Printed: 02/24/09

Case Number: 08 B 13419
Judge: Hollis, Pamela S
Filed: 5/27/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: January 12, 2009
Confirmed: September 15, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 6,435.00 |  |
| Secured: |  | 6,010.29 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 424.71 |
| Other Funds: |  | 0.00 |
| Totals: | 6,435.00 | 6,435.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 858.20 | 0.00 |
| 2. | Washington Mutual Bank FA | Secured | 11,387.25 | 6,010.29 |
| 3. | Gateway Computer | Secured | 500.00 | 0.00 |
| 4. | Washington Mutual Bank FA | Secured | 20,538.39 | 0.00 |
| 5. | PRA Receivables Management | Unsecured | 11.30 | 0.00 |
| 6. | Credit One | Unsecured | 86.14 | 0.00 |
| 7. | National Capital Management | Unsecured | 548.80 | 0.00 |
| 8. | American Express Centurion | Unsecured | 44.78 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 75.34 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 357.90 | 0.00 |
| 11. | B-Real LLC | Unsecured | 259.15 | 0.00 |
| 12. | AT&T | Unsecured |  | No Claim Filed |
| 13. | AT&T | Unsecured |  | No Claim Filed |
| 14. | American General Finance | Unsecured |  | No Claim Filed |
| 15. | American Express | Unsecured |  | No Claim Filed |
| 16. | American General Finance | Unsecured |  | No Claim Filed |
| 17. | Cingular Wireless | Unsecured |  | No Claim Filed |
| 18. | Marshall Field & Company | Unsecured |  | No Claim Filed |
| 19. | Comcast | Unsecured |  | No Claim Filed |
| 20. | Comcast | Unsecured |  | No Claim Filed |
| 21. | Village of Streamwood | Unsecured |  | No Claim Filed |
| 22. | State Farm Insurance Co | Unsecured |  | No Claim Filed |
| 23. | United Collection Bureau Inc | Unsecured |  | No Claim Filed |
|  |  |  | $ 34,667.25 | $ 6,010.29 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Mejia, Valentin | Case Number: 08 B 13419 |
| | Judge: Hollis, Pamela S |
| Printed: 02/24/09 | Filed: 5/27/08 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 424.71 |
| | $ 424.71 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: